*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Fernando A. Tavares

Debtor(s)

BK No. 1:10–bk–11655

Chapter 7

---

### NOTICE OF HEARING RE: MOTION TO LIFT STAY

**PLEASE TAKE NOTICE** that a hearing will be held at:

U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 on 6/30/10 at 10:00 AM to consider and act upon the following:

Hearing Set re: Motion for Relief from Stay. If no objection or other response is timely filed, the motion will be granted and the matter removed from the calendar. (related document(s)[21] Motion for Relief From Stay filed by Creditor Federal National Mortgage Association). .

If no objection or other response is timely filed, the Motion will be granted and the matter removed from the calendar.

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **6/7/10**

Entered on Docket: **6/7/10**
Document Number: **22 – 21**

525.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*